Marion Ewing, Appellant, v. Edwin C. Ewing, Appellee.

Gen. No. 42,459.

opinion filed May 10, 1943. Benjamin B. Davis, for appellant; Ode L. Rankin, of counsel; Harry J. Berman and Eugene P. Meegan, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."